**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Jorge Abraham Lomeli-Lopez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-00358-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE** |
| v. | |
| JORGE ABRAHAM LOMELI-LOPEZ, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Jorge Abraham Lomeli-Lopez, that the Initial Appearance/Arraignment and Plea currently scheduled for December 10, 2020 at 11:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. The defendant is out of custody and does not object to the continuance.
2. The parties agree to the continuance.

3. The requested time is not for purposes of delay. The Defendant, Mr. Lomeli has tested positive for COVID-19 and cannot attend the hearing. (Exhibit 1)

4. Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

This is the Second stipulation to continue the Initial Appearance/Arraignment and Plea.

DATED: December 7, 2020

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____     By___/s/ Rachel Kent____
TODD M. LEVENTHAL                                            RACHEL KENT
Counsel for Defendant                                            Assistant United States Attorney

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Jorge Abraham Lomeli-Lopez*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-00358-EJY |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| v. | |
| JORGE ABRAHAM LOMELI-LOPEZ, | |
| Defendant. | |

### **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The requested time is not for purposes of delay. The Defendant, Mr. Lomeli has tested positive for COVID-19 and cannot attend the hearing. (Exhibit 1)
4. Additionally, denial of the continuance could result in a miscarriage of justice.

3

The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that the Initial Appearance/Arraignment and Plea currently scheduled for December 10, 2020 at the hour of 11:00 a.m., is vacated and continued to March 25, 2021 at the hour of 11:00 a.m. in Courtroom 3D.

DATED this 8th day of December 2020.

BY: _____
HONORABLE ELAYNA J YOUCHAH
United States Magistrare Judge

4

# Jorge

| Salud | Visitas | Mensajería | Facturación | Recursos | Perfil |
|---|---|---|---|---|---|

# Coronavirus19U

**Results: Critical**

**Status:** Final result  (Collected: 12/2/2020 01:17)

## Patient Information

**Patient Name**
Lomelilopez, Jorge

**Sex**
Male

**DOB**
▇▇▇/1983

---

### ⚠ Coronavirus19U    Order: 49117282

**Status:** Final result    **Visible to patient:** Yes (UMConnect)   **Dx:** Contact with and (suspected) exposure...

**Component**     1d ago
**CORONAVIRUS19U**   **DETECTED ‼**

**Comment:** Critical results call not applicable.
12/2/2020 10:30:54 PM PST
Testing was performed using the Thermo Fisher 7500 Real-Time PCR Covid-19 assay.
Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions.  Negative results must be combined with clinical observations, patient history, and epidemiological information.
False-negative results may occur if the virus is present at a level that is below the analytical sensitivity of the assay or if the virus has genomic mutations, insertions, deletions or rearrangements if performed very early in the course of illness.
As with other tests, false-positive results may occur.  Repeat testing or testing with a different device may be indicated in some settings.
This is a qualitative test and does not provide the quantitative value of detected organisms present.