1 **TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
2 Nevada Bar No. 8543
California Bar No. 223577
3 626 South Third Street
Las Vegas, Nevada 89101
4 PHONE: (702) 472-8686
5 leventhalandassociates@gmail.com
*Counsel for Jorge Abraham Lomeli-Lopez*
6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9

10 | UNITED STATES OF AMERICA,           | Case No.: 2:20-mj-00358-EJY
11 |          Plaintiff,                 | **STIPULATION TO CONTINUE INITIAL APPEARANCE**
12 |     v.                              | (Third Request)
13 | JORGE ABRAHAM LOMELI-LOPEZ,         |
   |          Defendant.                 |
14

15     IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A.

16 Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney,

17 counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Jorge

18 Abraham Lomeli-Lopez, that the Initial Appearance/Arraignment and Plea currently

19 scheduled for March 25, 2021 at 11:00 a.m. be vacated and set to a date and time convenient

20 to this Court, but no sooner than ninety (90) days.

21

22     The Stipulation is entered into for the following reasons:

23     1.    The defendant is out of custody and does not object to the continuance.

24     2.    The parties agree to the continuance.

25

26

3. The requested time is not for purposes of delay. Mr. Leventhal has had a death in his family and will not be able to attend the hearing.

4. Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

This is the Third stipulation to continue the Initial Appearance/Arraignment and Plea.

DATED: March 25, 2021.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____   By___/s/ Rachel Kent____
TODD M. LEVENTHAL                        RACHEL KENT
Counsel for Defendant                    Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Jorge Abraham Lomeli-Lopez*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-00358-EJY |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| v. | |
| JORGE ABRAHAM LOMELI-LOPEZ, | |
| Defendant. | |

### **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of custody and does not object to the continuance.
2. The parties agree to the continuance.
5. The requested time is not for purposes of delay. Mr. Leventhal has had a death in his family and will not be able to attend the hearing.
3. Additionally, denial of the continuance could result in a miscarriage of justice.

The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that the Initial Appearance/Arraignment and Plea currently scheduled for March 25, 2021 at the hour of 11:00 a.m., is vacated and continued to July 7, 2021 at the hour of 9:00 a.m., in Courtroom 3D.

DATED this 25th day of March 2021.

BY: _____
HONORABLE ELAYNA J YOUCHAH
United States Magistrare Judge

4