**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Jorge Abraham Lomeli-Lopez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF  NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-00358-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE BENCH TRIAL** |
| v. | (First Request) |
| JORGE ABRAHAM LOMELI-LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher C. Chiou, Acting United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Jorge Abraham Lomeli-Lopez, that the Bench Trial currently scheduled for October 20, 2021 at 9:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than ninety (60) days.

The Stipulation is entered into for the following reasons:

1.    The defendant is out of custody and does not object to the continuance.

2.    The parties agree to the continuance.

3.      The requested time is not for purposes of delay. Mr. Leventhal has been preparing for a state murder trial and needs additional time to review the plea agreement with Mr. Lomeli-Lopez.

4.      Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

        This is the first stipulation to continue the Bench Trial.


        DATED: October 19, 2021.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC


By____/s/ Todd M Leventhal_____          By____/s/ Rachel Kent____
TODD M. LEVENTHAL                                RACHEL KENT
Counsel for Defendant                            Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
***Counsel for Jorge Abraham Lomeli-Lopez***

## UNITED STATES DISTRICT COURT

## DISTRICT OF  NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-00358-EJY |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| v. | |
| JORGE ABRAHAM LOMELI-LOPEZ, | |
| Defendant. | |

## <u>FINDINGS OF FACT</u>

Based on the pending stipulation of counsel, and good cause appearing therefore, the

Court finds that:

1.  The defendant is out of custody and does not object to the continuance.

2.  The parties agree to the continuance.

3.  The requested time is not for purposes of delay. Mr. Leventhal has been preparing for a state murder trial and needs additional time to review the plea agreement with Mr. Lomeli-Lopez.

4.  Additionally, denial of the continuance could result in a miscarriage of justice.

3

The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice.  This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that the Bench Trial currently scheduled for October 20, 2021 at the hour of 9:00 a.m., is vacated and continued to December 29, 2021 at the hour of 9:00 a.m., in Courtroom 3D.

DATED this 20th day of October 2021.


BY: _____
HONORABLE ELAYNA J YOUCHAH
United States Magistrare Judge