**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Jorge Abraham Lomeli-Lopez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ABRAHAM LOMELI-LOPEZ,<br><br>　　　　　Defendant. | Case No.: 2:20-mj-00358-EJY<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br><br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Christopher C. Chiou, Acting United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Jorge Abraham Lomeli-Lopez, that the Bench Trial currently scheduled for December 20, 2021 at 9:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than ninety (60) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　The defendant is out of custody and does not object to the continuance.

　　　　2.　　The parties agree to the continuance.

3. The requested time is not for purposes of delay. Mr. Leventhal will be out of the country December 17, 2021 through January 7, 2022.

4. Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue the Bench Trial.

DATED: December 7, 2021

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____          By___/s/ Rachel Kent____
TODD M. LEVENTHAL                                RACHEL KENT
Counsel for Defendant                            Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Jorge Abraham Lomeli-Lopez*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ABRAHAM LOMELI-LOPEZ,<br><br>　　　　Defendant. | Case No.: 2:20-mj-00358-EJY<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The requested time is not for purposes of delay. Mr. Leventhal will be out of the country December 17, 2021 through January 7, 2022.
4. Additionally, denial of the continuance could result in a miscarriage of justice.

The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that the Bench Trial currently scheduled for December 29, 2021 at the hour of 9:00 a.m., is vacated and continued to March 9, 2022 at the hour of 9:00 a.m., in Courtroom 3D.

DATED this 7th of December 2021.

BY: _____
HONORABLE ELAYNA J YOUCHAH
United States Magistrare Judge

4